UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONALD COHEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:16-CV-1343 CDP |
| CORIZON MEDICAL, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon defense counsel's filing of Dr. Charles Chastain's last known address. [Doc. #10] As plaintiff is proceeding in forma pauperis, the Court will order the Clerk of Court to effectuate service of process through the United States Marshal's Office. A copy of the summons and return of summons shall be filed under seal and will not be served on plaintiff, as these documents will contain Dr. Chastain's last known home address.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall issue process or cause process to issue upon the complaint as to defendant Dr. Charles Chastain in his official and individual capacity. Service shall be effectuated at the address provided by Corizon in its Response to the Court Pursuant to its Waiver Agreement. [Doc. #10]

**IT IS FURTHER ORDERED** that because plaintiff is proceeding in forma pauperis in this action, service shall be effectuated by the United States Marshal's Office through summons, pursuant to Fed.R.Civ.P. 4. *See* 28 U.S.C. § 1915.

**IT IS FURTHER ORDERED** that a copy of the summons and the return of summons shall be filed under seal and will not be served upon plaintiff, as these documents will contain defendant Chastain's last known home address.

Dated this 22nd day of November, 2016.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE